# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

   v.

**DARRYL DIAZ**

)
)
)
)
)

**1:10-CR-00310 LJO**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
              (**X**) Ad Prosequendum                   ( ) Ad Testificandum.

Name of Detainee:      aka: Darryl Vernon Diaz

Detained at (custodian):    Corcoran, CA

Detainee is:   a.)    (**X**) charged in this district by:

              (**X**) Indictment         ( ) Information        ( ) Complaint

              Charging Detainee With:   **8 U.S.C. §§ 2252(a)(2) -RECEIPT OR DISTRIBUTION OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT**

Detainee will:  a.)    (**X**) return to the custody of detaining facility upon termination of proceedings

    or     b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

              Signature:  /s/ David L. Gappa

              Printed Name & Phone No: David L. Gappa/ 559-497-4000

              Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

          (**X**) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

     8/2/2012                           /s/ Barbara A. McAuliffe

Date                                United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | CDCR - Darryl Vernon Diaz | Male X | Female |
| Booking or CDC #: | AK9311 | DOB: | |
| | Release Date: Life Sentence | Race: | |
| | | FBI #: | |
| Facility Phone: | (559) 992-8800 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)