UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,      )     CR. NO. F-10-00310 LJO |
|                               ) |
|              Plaintiff,       ) |
|                               ) |
|      v.                       ) |
|                               ) |
| DARRYL DIAZ,                  ) |
|                               ) |
|              Defendant.       ) |
|                               ) |
|                               ) |
| _____) |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing, without prejudice, the indictment in the above-captioned action.  It is hereby ORDERED that the indictment be dismissed without prejudice.

**IT IS SO ORDERED.**

**Dated:    October 10, 2012        _____/s/ Lawrence J. O'Neill_____**
                                          UNITED STATES DISTRICT JUDGE